**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 25-______** |
| **v.** | : | **DATE FILED: ______** |
| **MIYA V. PACK** | : | **VIOLATIONS:**<br>**52 U.S.C. § 10307(e) (voting more than once in a federal election - 1 count)**<br>**52 U.S.C. § 20511(2) (voter fraud - 1 count)** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Defendant MIYA V. PACK was registered to vote in Bergen County, New Jersey, and had been so registered since in or about 2004.

2. Defendant MIYA V. PACK was also registered to vote in Philadelphia County, Pennsylvania, and had been so registered since in or about 2016.

3. On or about October 26, 2024, defendant MIYA V. PACK appeared in person at the Richard Rodda Center, an early voting location in Teaneck, Bergen County, New Jersey, and cast a ballot on a voting machine in the 2024 general election, which included the election for the office of President and Vice President of the United States. Defendant PACK cast a vote for the office of President of the United States on her Bergen County ballot.

4. Approximately ten days later on Election Day, November 5, 2024, defendant MIYA V. PACK appeared in person at the Christy Recreation Center in Philadelphia

County, Pennsylvania, and cast another ballot in the 2024 general election. Defendant PACK cast a second vote for the office of President of the United States on her Philadelphia ballot.

5. From on or about October 26, 2024, to on or about November 5, 2024, in Philadelphia County, in the Eastern District of Pennsylvania, and elsewhere, defendant

**MIYA V. PACK**

knowingly, willfully, and expressly for the purpose of having her vote count more than once, voted more than once in a general election held solely and in part for the purpose of selecting and electing a candidate for the office of President, Vice President, and presidential elector. Specifically, defendant PACK voted twice for the office of President of the United States, first by voting early and in-person on a machine in Teaneck, Bergen County, New Jersey, on or about October 26, 2025, and then by voting in person on or about November 5, 2024, in Philadelphia County, Pennsylvania.

In violation of Title 52, United States Code, Section 10307(e).

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Paragraphs 1 through 4 of Count One are realleged here.

2. On or about November 5, 2024, in Philadelphia County, in the Eastern District of Pennsylvania, and elsewhere, defendant

**MIYA V. PACK**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement, casting, and tabulation of ballots that were known by her to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania. Specifically, defendant PACK cast a fraudulent ballot in Philadelphia County, Pennsylvania, when she voted in the election for the office of President of the United States knowing that it was her second ballot cast in the same election and for the same office.

In violation of Title 52, United States Code, Section 20511(2)(B).

**A TRUE BILL:**

[redacted]

GR[redacted]

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*__________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

Miya V. Pack

INDICTMENT

Counts

52 U.S.C. § 10307(e) (voting more than once in a federal election - 1 count)
52 U.S.C. § 20511(2) (voter fraud - 1 count)

[redacted]

Filed in [redacted] day,
Of [redacted]